# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TISSUENET CUSTOM APPLICATIONS, LLC & TISSUENET DISTRIBUTION SERVICES, LLC,**

            **Plaintiffs,**

**-vs-**                              **Case No. 6:05-cv-1931-Orl-31KRS**

**BLOOD & TISSUE CENTER OF CENTRAL TEXAS & MARSHALL G. COTHRAN,**

            **Defendants.**
_____

**BLOOD AND TISSUE CENTER OF CENTRAL TEXAS, MARSHALL G. COTHRAN,**
            **Counter Claimants,**
**vs.**

**ALAN NOVOTNY, TISSUENET DISTRIBUTION SERVICES, LLC and TISSUENET CUSTOM APPLICATIONS, LLC,**

            **Counter Defendants.**
_____

## ORDER

This cause comes before the Court on Defendant Marshall G. Cothran's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 25) filed February 6, 2006.

On August 17, 2006, the United States Magistrate Judge issued a report (Doc. No. 61) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  Defendant Marshall G. Cothran's Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED**.  All pending Motions relating to this defendant are denied as moot and he is dismissed as a defendant in this lawsuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of September, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE